UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALFRED TRUDELL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 13-11290-JLT |
| | * | |
| LOUIS SPENCER, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

December 19, 2013

TAURO, J.

In a memorandum and order dated October 22, 2013 (#9), the Court granted the plaintiff's motion for leave to proceed in forma pauperis and dismissed any claims concerning false imprisonment.  The Court explained that the plaintiff may only attack the fact or duration of his confinement in a habeas action.  The Court also directed the plaintiff to file an amended complaint within 42 days if the plaintiff wished to pursue any claims concerning the denial of adequate food and drink.

The 42-day period for complying the Court's order has expired.  The plaintiff has not filed an amended complaint or any other document.  Accordingly, for the reasons stated in the Court's October 22, 2013 memorandum and order, this action is DISMISSED under 28 U.S.C. §§ 1915(e)(2) and 1915A for failure to state a claim upon which relief may be granted.


IT IS SO ORDERED.

  12/19/2013                                    /s/ Joseph L. Tauro                                    
DATE                                          UNITED STATES DISTRICT JUDGE